# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

| | |
|---|---|
| **GRINDLEY COLLINS** and **LAKESHA COLLINS** § § § | |
| V. § | Case No. 1:09-CV-852 |
| § | |
| **U.S. ARMY CARL R. DARNALL MEDICAL CENTER** *f/k/a/* *Darnall Army Medical Hospital* § § § | |

## ORDER ADOPTING
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The court referred this matter to the Honorable Earl S. Hines, United States magistrate judge, for pretrial proceedings pursuant to a referral order entered on September 18, 2009. The court has received and considered the report of the United States magistrate judge, who recommends that the court grant defendant's motion to dismiss for lack of subject-matter jurisdiction based on plaintiffs' failure to file a timely suit in accordance with the Federal Tort Claims Act. No objections have been filed.

The magistrate judge's report is hereby **ADOPTED** and defendant's "Motion to Dismiss for Lack of Subject-Matter Jurisdiction" (Docket No. 11) is **GRANTED**. The purpose of the referral having been served, it is further

**ORDERED** that the reference to the magistrate judge is **VACATED**.

So **ORDERED** and **SIGNED** this **13** day of **September, 2010.**

_____
Ron Clark, United States District Judge